RECEIVED
USDC, CLERK GREENVILLE, S.

UNITED STATES DISTRICT COURT FOR 2019 DEC 12 AM 11: 32

THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| MICHAEL GENE PUTNAM | ) | |
|---|---|---|
| | ) | C.A. No. 6:19-cv-02136-TMC-~~KFM~~ |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S OBJECTIONS TO |
| vs. | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATIONS |
| Wake Christian Academy, Dana Lynn | ) | |
| Cordell, Kellie O'Neal Auerweck, | ) | EXHIBIT A |
| Robin Cary Maples, and Robert Henry | ) | |
| Purkerson | ) | |
| | ) | |
| Defendants'. | ) | |

The attached is a supplemental Exhibit referred to in the "BACKGROUND" section on page 2 of the Plaintiff's Objections to Magistrates Report and Recommendations filed December 11, 2019.

Dated: December 12, 2019

*[signature]*

Michael Gene Putnam
1108 S. Main St. # 446
Greenville, South Carolina 29601
864-420-9624   Cell
864-751-4365   Fax
mputnam2006@gmail.com



**W. Hodges Davis, M.D.**
**OrthoCarolina Foot and Ankle Institute**

August 27, 2019

To Whom It May Concern

Re:   Michael G. Putnam – Greenville, SC
      Upcoming ankle surgery

Dear Sir/Madam:

Mr. Putnam suffered a severe ankle fracture in late July of 2018. The delay of surgical intervention has complicated his treatment plan and he is scheduled for the first of two significant surgeries, with the first surgery scheduled for September 3, 2019. His post-surgical recovery will require a minimum of six weeks of complete non-weight-bearing to allow for healing and protection of the surgical site.

Mr. Putnam has informed me that he has at least two court dates in September 2019 that are not of minor duration. Attendance at these hearings would not only be highly uncomfortable for Mr. Putnam, but could also place Mr. Putnam at risk for complications to his surgical wound and hardware failure in his early recovery phase.

Mr. Putnam has indicated that he will ask the court to delay those proceedings, and I respectfully request that the court not schedule any in-person appearances until after at least October 15, 2019

Please contact me if you have any questions or concerns.

Sincerely,

W. Hodges Davis, M.D.
WHD/bb

OrthoCarolina Foot and Ankle Institute   2001 Vail Avenue  Suite 200B  Charlotte, North Carolina 28207
Telephone: 704 323-2000    Fax: 704 323-3935

YOU. IMPROVED.   ORTHOCAROLINA.COM

